**STATE of Missouri, Respondent,**

v.

**Jon Paul REID, Appellant.**

**No. WD 74047.**

Missouri Court of Appeals,
Western District.

Dec. 4, 2012.

Ellen H. Flottman, Columbia, MO, for appellant.

Jennifer A. Rodewald, Jefferson City, MO, for respondent.

Before Division Two: LISA WHITE HARDWICK, Presiding Judge, JAMES M. SMART and KAREN KING MITCHELL, Judges.

### ORDER

PER CURIAM.

Jon Paul Reid was convicted by jury of first-degree statutory rape, first-degree child molestation, and first-degree child endangerment. On appeal, Reid contends the circuit court erred in allowing the State to introduce evidence of uncharged sexual acts he committed against the victim in other states. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the convictions.

AFFIRMED. Rule 30.25(b).